RECEIVED
OCT 26 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JELISA MURRAY, ET AL.<br>Plaintiffs | CIVIL ACTION NO. 1:16-CV-00377 |
| VERSUS | CHIEF JUDGE DRELL |
| AMERICO FINANCIAL LIFE<br>AND ANNUITY INSURANCE<br>CO., ET AL. Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Remand (Doc. 12) filed by Plaintiffs is DENIED, and that Plaintiffs' claims against Defendant William Lawrence are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Compel Joinder of Additional Plaintiff Under Rule 19 (Doc. 13) filed by Defendant is GRANTED, and that, pursuant to Fed. R. Civ. P. 19(a)(2), Michael Turner will be joined as a voluntary or involuntary Plaintiff to this lawsuit.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of October, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT